

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Sir Thomas Gaither,                              \* From the 235th District Court
                                                  of Cooke County,
                                                  Trial Court No. CR19-00555.

Vs. No. 11-24-00151-CR                           \* May 30, 2025

The State of Texas,                              \* Memorandum Opinion by Bailey, C.J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.